UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00010-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ANDRE GLOVER,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Defendant's *pro se* Motion to Correct Clerical Error (#26). Defendant contends that the court made a clerical error in the judgment in this matter by failing to specify the amount of time that Defendant spent in detention while awaiting final disposition of his case. The court finds that no such clerical error exists, but will construe Defendant's motion as a Motion Concerning Sentence. Defendant asks the court to enter an order stating the amount of jail credit to which Defendant is entitled. However, Defendant is advised that calculation of service of a sentence, as well as jail credit, is left to the Bureau of Prisons. Accordingly, the court will issue no such order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's *pro se* Motion to Correct Clerical Error (#26) is **DENIED**.

Signed: December 2, 2014

Max O. Cogburn Jr.
United States District Judge