UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-10-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ANDRE GLOVER, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Defendant's Motion to Continue Final Hearing Re: Revocation of Supervised Release (#68). Having considered the matter and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Continue Final Hearing Re: Revocation of Supervised Release (#68) is **GRANTED,** and the Clerk of Court is instructed to continue this matter until the same day as Defendant's sentencing hearing to be held in 3:19cr156. Therefore, the Clerk shall place this matter on the calendar on the same day that the Clerk schedules the sentencing hearing for Defendant.

Signed: November 15, 2019

Max O. Cogburn Jr
United States District Judge